UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | NO. 1:21-CR- 253 |
| v. | (JUDGE Conner) |
| **EDWIN JEOVANY SANCHEZ-ORDONEZ,** | |
| Defendant. | |

### INDICTMENT

FILED
HARRISBURG, PA

SEP 0 1 2021

\_\_\_IBC\_\_\_
Deputy Clerk

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 1326
(Illegal Reentry)

On or about January 5, 2019, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**EDWIN JEOVANY SANCHEZ-ORDONEZ,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about June 6, 2014, through San Antonio, Texas, without first having obtained permission to re-enter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

FOREPERSON

JOANNE M. SANDERSON
Assistant United States Attorney

09/01/2021
Date